1  Kirsten A. Milton
   Nevada State Bar No. 14401
2  Kyle J. Hoyt
   Nevada State Bar No. 14886
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Fax: (702) 921-2461
   kirsten.milton@jacksonlewis.com
6  kyle.hoyt@jacksonlewis.com

7  Attorneys for Defendant
   *Eaton Corporation*

8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11  PATRICK AUDET,                          Case No. 2:21-cv-01897-APG-BNW

12              Plaintiff,
                                            **STIPULATION REGARDING EARLY**
13      vs.                                 **NEUTRAL EVALUATION STATEMENTS**

14  EATON CORPORATION a Foreign
    Corporation; AND DOES 1-50,
15
                Defendants.
16

17      Plaintiff Patrick Audet ("Plaintiff"), and Defendant Eaton Corporation ("Defendant"), by

18  and through their respective counsel of record, hereby stipulate and agree as to the following:

19      1.      This matter is set for an Early Neutral Evaluation on Wednesday, March 2, before

20  Magistrate Judge Albregts. The parties' respective statements were due today at noon.

21      2.      Defendant inadvertently missed the noon deadline for the statements and makes

22  apologies to the Court and the Court's staff for this error any additional time and work that will go

23  into preparing for the early neutral evaluation as a result of same.

24      3.      The parties have recently reached an agreement regarding sensitive materials and

25  are submitting a proposed Protective Order. Defendant is producing materials in supplemental

26  production to Plaintiff today as a result of that agreement. The documents being disclosed as a

27  result of the protective order may provide additional and beneficial information in advance of the

28  Early Neutral Evaluation.

JACKSON LEWIS P.C.
    LAS VEGAS

4.     As a result of the recently provided information, the parties stipulate to the deadline to submit final Early Neutral Evaluation Statements by noon, Friday February 25, 2022.

DATED this 23rd day of February, 2022.

| JACKSON LEWIS P.C. | WATKINS & LETOFSKY, LLP |
|---|---|
| */s/ Kyle J. Hoyt* | */s/ Michael A. DiRenzo* |
| KIRSTEN A. MILTON, ESQ. | DANIEL L. WATKINS, ESQ. |
| Nevada Bar No. 14401 | Nevada Bar No. 11881 |
| KYLE J. HOYT, ESQ. | MICHAEL A. DIRENZO, ESQ. |
| Nevada Bar No. 14886 | Nevada Bar No. 13104 |
| 300 S. Fourth Street, Suite 900 | 8935 S. Pecos Rd. Suite 22A |
| Las Vegas, Nevada 89101 | Henderson, NV 89074 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Eaton Corporation* | *Patrick Audet* |

**ORDER**

IT IS SO ORDERD.

February 24, 2022
_____          _____
Dated                                          United States Magistrate Judge

4858-1855-9504, v. 1