Kirsten A. Milton
Nevada State Bar No. 14401
Kyle J. Hoyt
Nevada State Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kirsten.milton@jacksonlewis.com
kyle.hoyt@jacksonlewis.com

Attorneys for Defendant
*Eaton Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK AUDET,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EATON CORPORATION a Foreign Corporation; AND DOES 1-50,<br><br>　　　　Defendants. | Case No. 2:21-cv-01897-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant EATON CORPORATION, by and through its counsel of record, and Plaintiff PATRICK AUDET, by and through his counsel of record, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all of Plaintiff Patrick Audet's claims and causes of action against Defendant Eaton Corporation, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

This stipulation and order is sought in good faith and not for the purpose of delay.

DATED this 2nd day of May, 2022.

| JACKSON LEWIS P.C. | WATKINS & LETOFSKY, LLP |
|---|---|
| */s/ Kyle J. Hoyt* | */s/ Melinda M. Weaver* |
| KIRSTEN A. MILTON, ESQ. | DANIEL L. WATKINS, ESQ. |
| Nevada Bar No. 14401 | Nevada Bar No. 11881 |
| KYLE J. HOYT, ESQ. | MELINDA M. WEAVER, ESQ. |
| Nevada Bar No. 14886 | Nevada Bar No. 11481 |
| 300 S. Fourth Street, Suite 900 | 8935 S. Pecos Rd. Suite 22A |
| Las Vegas, Nevada 89101 | Henderson, NV 89074 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Eaton Corporation* | *Patrick Audet* |

**ORDER**

IT IS SO ORDERED:

Dated: May 3, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4853-9505-1547, v. 1